United States District Court
Southern District of Texas
**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONTAE HOLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01709 |
| | § | |
| NLJ LOGISTICS LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice via email that all claims pending in this lawsuit against Defendants have been settled. Those claims are therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE